# Court of Appeals
# of the State of Georgia

ATLANTA,  February 26, 2020

*The Court of Appeals hereby passes the following order:*

## A20A0951. ANN GINN v. GENESIS ELDERCARE REHABILITATION SERVICES, LLC.

Ann Ginn filed a lawsuit against Genesis Eldercare Rehabilitation Services, LLC ("Genesis") asserting causes of action for breach of contract, defamation, and attorney fees. Genesis filed a motion to dismiss or in the alternative motion for more definite statement of claims. The trial court granted the motion, dismissing Ginn's breach of contract claim and ordering Ginn to file a more definite statement of her defamation claim. Ginn appeals this ruling. We, however, lack jurisdiction.

"In a case involving multiple parties or multiple claims, a decision adjudicating fewer than all the claims or the rights and liabilities of [fewer] than all the parties is not a final judgment." *Johnson v. Hosp. Corp. of America*, 192 Ga. App. 628, 629 (385 SE2d 731) (1989) (punctuation omitted). Under such circumstances, there must be either an express determination that there is no just reason for delay under OCGA § 9-11-54 (b) or compliance with the interlocutory appeal requirements of OCGA § 5-6-34 (b). See id. Where neither code section is followed, the appeal is premature and must be dismissed.  Id.

Here, the trial court neither dismissed all claims against Genesis nor directed entry of judgment under OCGA § 9-11-54 (b). In order to appeal, Ginn was thus required to follow the interlocutory appeal procedures, which include obtaining a certificate of immediate review from the trial court. See OCGA § 5-6-34 (b); *Boyd v.*

*State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989). Ginn's failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED. See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*   02/26/2020
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*